# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-19-00048-CV

**A. R. and S. R., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 18-131-A395, THE HONORABLE RYAN D. LARSON, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellants A.R. and S.R. have filed an unopposed motion to dismiss this appeal.

We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed on Appellants' Motion

Filed: February 14, 2019